JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR TSARUKYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA,<br>LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV 18-4870-GW(SSx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

　　　　IT IS SO ORDERED.

Dated: February 20, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE